# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-3081

_____

James Richard Huntsman

*Plaintiff - Appellant*

v.

3M Company, a Delaware corporation; 3M Company Employee Retirement
Income Plan; Zenith Annette Huntsman; Plan Administrator for the 3M Employee
Retirement Income Plan

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: June 1, 2020
Filed: June 4, 2020
[Unpublished]

_____

Before COLLOTON, BEAM, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

James Huntsman appeals after the district court[1] dismissed his action asserting claims related to a series of Minnesota court orders modifying his spousal maintenance obligations.  Upon careful review of the record and the parties' arguments on appeal, we find no basis for reversal.  See Newcombe v. United States, 933 F.3d 915, 917 (8th Cir. 2019) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.